**Order filed September 11, 2012**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-12-00412-CV**

_____

**J.M. ARPAD LAMELL, Appellant**

**V.**

**INDYMAC MORTGAGE SERVISES, A DIVISION OF ONE WEST BANK, FSB, A FOREIGN CORPORATION, Appellee**

---

**On Appeal from the 127th District Court
Harris County, Texas
Trial Court Cause No. 2010-11491**

---

## O R D E R

Appellant's brief was due July 30, 2012**.** No brief or motion for extension of time has been filed.

Unless appellant files his brief with the clerk of this court on or before **September 28, 2012**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM